IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LATASHA ROSHELLE WOODS                                             PLAINTIFF
ADC # 714971

v.                              No. 3:23-cv-137-DPM

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center;
SHERRY COPELAND, Jail Administrator,
Craighead County Detention Center;
SANDY EDWARDS, Jailer, Craighead
County Detention Center;   SHANNON
CLARK, Jailer, Craighead County
Detention Center;   and ASHLEIGH
BLANKETSHIP, Jailer, Craighead
County Detention Center                                            DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Woods hasn't filed an amended complaint; and the time to do so has passed. *Doc. 4.* Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 August 2023