IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LATASHA ROSHELLE WOODS**
ADC # 714971                                                                 **PLAINTIFF**

v.                              No. 3:23-cv-137-DPM

**KEITH BOWERS**, Jail Administrator,
Craighead County Detention Center;
**SHERRY COPELAND**, Jail Administrator,
Craighead County Detention Center;
**SANDY EDWARDS**, Jailer, Craighead
County Detention Center; **SHANNON
CLARK**, Jailer, Craighead County
Detention Center; and **ASHLEIGH
BLANKETSHIP**, Jailer, Craighead
County Detention Center                                                **DEFENDANTS**

## JUDGMENT

Woods's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 August 2023